NORRIS MOREY et al., Appellants, *v.* CASPER SCHUSTER et al., Respondents.

*Morey* v. *Schuster*, 159 App. Div. 602, affirmed.
(Argued January 21, 1916; decided February 4, 1916.)

APPEAL from a judgment, entered January 2, 1914, upon an order of the Appellate Division of the Supreme

Court in the fourth judicial department, which reversed an order of Special Term denying a motion for judgment dismissing the complaint upon the pleadings and granted said motion in an action to impress as a lien upon real property a claim for services rendered by plaintiffs as attorneys in connection with the premises.

*Joseph H. Morey* and *Norris Morey* for appellants.

*Walter W. Chamberlain* and *Eugene M. Bartlett* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.